UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALYA BARANCHUK,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPPINGSTONE ASSETS GROUP LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-00274-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 36 |

On November 22, 2021, Defendant filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was December 6, 2021.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before December 23, 2021, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before January 4, 2022.

IT IS SO ORDERED.

Dated: December 8, 2021

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge